IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEON JACKSON, JR.,

    Plaintiff,                     No. CIV S-05-1872 LKK JFM

   vs.

DR. R. L. ANDREASEN, et al.,

    Defendant.                <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 18, 2005, the court found plaintiff failed to comply with an order to file a proper application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint and recommended this action be dismissed without prejudice. Plaintiff has filed objections to the findings and recommendations and has filed a certified copy of his prison trust account statement.

/////

/////

1

1 | Accordingly, IT IS HEREBY ORDERED THAT the November 18, 2005,
2 | findings and recommendations are vacated.
3 | DATED: February 17, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/004
/jack1872.vac f&r