IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEON JACKSON,

      Plaintiff,                     No. CIV S-05-1872 LKK JFM P

      vs.

DR. R.L. ANDREASEN, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a motion to vacate the deadlines set in the court's April 4, 2008 scheduling order and to extend by six months the time for conducting discovery in this action.  Plaintiff seeks this extension due to the pendency of three other civil rights action he currently has pending, one in the United States Court of Appeals for the Ninth Circuit and two in this court.  Plaintiff contends that he has limited access to the prison law library and that he has an opening brief due in the court of appeals on May 21, 2008 and a motion to enforce a settlement agreement pending in one of the civil rights actions in this court.

      Plaintiff has made no showing of what discovery he requires to prosecute the claim on which this action is proceeding or why limited access to the prison law library will impede his ability to propound discovery within the time frame set in the April 4, 2008 order.  Plaintiff's motion will be denied.

/////

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's May 7, 2008 motion to vacate dates is denied.

DATED: May 23, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
jack1872.o