1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FRED LEON JACKSON,

11          Plaintiff,                    No. 2:05-cv-1872 LKK JFM (PC)

12       vs.

13   DR. R.L. ANDREASEN, et al.,

14          Defendants.              <u>ORDER</u>

15   _____/

16          On June 11, 2008, plaintiff filed a request for reconsideration of the magistrate

17   judge's order filed May 27, 2008, denying plaintiff's May 7, 2008 motion to vacate the deadlines

18   set in the April 4, 2007 scheduling order and to extend by six months the time for conducting

19   discovery in this action.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall

20   be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court

21   finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary

22   to law.

23   /////

24   /////

25   /////

26   /////

1

1          Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of

2    the magistrate judge filed May 27, 2008, is affirmed.

3    DATED:   July 24, 2008

4    /jack1872.850

5    

6    LAWRENCE K. KARLTON
     SENIOR JUDGE
7    UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2