IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEON JACKSON,

      Plaintiff,                    No. 2:05-cv-1872 LKK JFM (PC)

    vs.

DR. R. L. ANDREASEN, et al.,

      Defendants.          ORDER

                                /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 4, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.[1]

---

[1] On June 26, 2008, plaintiff filed a motion for an extension of time to file objections to the findings and recommendations. By order filed July 1, 2008, that motion was granted and plaintiff was granted an additional period of thirty days in which to file objections to the findings and recommendations. On July 30, 2008, plaintiff filed a motion for an additional fifteen day extension to file objections to the findings and recommendations. That motion was granted by order filed August 11, 2008. On August 21, 2008, plaintiff filed a motion to withdraw the July

1


The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed June 4, 2008, are adopted in full; and

    2. Plaintiff's April 14, 2008 motion for temporary restraining order and/or preliminary injunction is denied.

DATED: September 29, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

30, 2008 motion for extension of time. Given the withdrawal of his request for additional time, plaintiff's time to file objections has expired.

2
