IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEON JACKSON, JR.,

    Plaintiff,        No. 2:05-cv-1872 LKK JFM (PC)

    vs.

DR. R.L. ANDREASEN, et al.,

    Defendants.       ORDER

_____/

    Plaintiff has requested an extension of time to file a response to defendants' September 26, 2008 motion for summary judgment pursuant to the court's order of October 29, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's November 18, 2008, request for an extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file and serve a response to defendants' September 26, 2008 motion for summary judgment. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: November 24, 2008.

                      /s/ [signature]
                      UNITED STATES MAGISTRATE JUDGE

12/kly
jack1872.36(2)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26