IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEON JACKSON, JR.,

    Plaintiff,                    No. 2:05-cv-1872 LKK JFM (PC)

    vs.

DR. R.L. ANDREASEN, et al.,

    Defendants.                <u>ORDER</u>

    _____/

    Plaintiff has filed his second request for an extension of time to file and serve an opposition to defendants' September 26, 2008 motion for summary judgment. Good cause appearing, the request will be granted. No further extensions of time will be granted.

    IT IS HEREBY ORDERED that:

    1. Plaintiff's December 8, 2008 request for an extension of time is granted; and

    2. Plaintiff is granted forty-five days from the date of this order in which to file and serve an opposition to defendants' September 26, 2008 motion for summary judgment. No further extensions of time will be granted.

DATED: December 15, 2008.

                                                                      [signature]

                                                 UNITED STATES MAGISTRATE JUDGE

/mp; jack1872.36sec