IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEON JACKSON, JR.,

    Plaintiff,          No. 2:05-cv-1872 LKK JFM (PC)

    vs.

DR. R.L. ANDREASEN, et al.,

    Defendants.         <u>ORDER</u>

_____/

    Plaintiff has requested an extension of time to supplement his motion for relief from judgment pursuant to the court's order of April 2, 2009. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's April 30, 2009 request for an extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file and serve the required supplements to his motion for relief from judgment .

DATED: May 5, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12/md
jack1872.36