IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEON JACKSON, JR.,

      Plaintiff,                     No. 2:05-cv-1872 LKK JFM (PC)

   vs.

DR. R.L. ANDREASEN, et al.,

      Defendants.            <u>ORDER</u>

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a motion for relief from the judgment entered in this action on February 20, 2009. By order filed April 2, 2009, plaintiff was granted thirty days to supplement the motion with several documents. On May 18, 2009 and June 23, 2009, plaintiff filed motions concerning an alleged denial of access to the prison law library. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Within ten days from the date of this order defendants shall file and serve a response to plaintiff's May 18, 2009 and June 23, 2009 motions; and

/////

/////

/////

1

2.  The deadline for plaintiff to supplement his motion for relief from judgment is vacated and will be reset, as appropriate, by subsequent order of the court.

DATED: August 11, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
jack1872.o2